IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTHA MORAZAN,

    Plaintiff,

  v.

ARAMARK UNIFORM & CAREER APPAREL,

    Defendant.
                                   /

No. C 13-00936 SI

**RECUSAL ORDER**

    I hereby recuse myself in the above entitled matter and request that the case be reassigned pursuant to Section F. of the Assignment Plan of this Court.

**IT IS SO ORDERED.**

Dated: 3/20/13

SUSAN ILLSTON
UNITED STATES DISTRICT JUDGE