David D. Sohn (SBN 221119)
david@sohnlegal.com
SOHN LEGAL GROUP, P.C.
425 California Street, 19th Floor
San Francisco, CA  94104
Tel:   (415) 421-1300
Fax:   (415) 421-1815

David Borgen (SBN 099354)
dborgen@gbdhlegal.com
Laura L. Ho (SBN 173139)
lho@gbdhlegal.com
GOLDSTEIN, BORGEN, DARDARIAN & HO
300 Lakeside Drive, Suite 1000
Oakland, CA  94612
Tel:   (510) 763-9800
Fax:   (510) 835-1417

Attorneys for Plaintiff and the Putative Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MORAZAN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>ARAMARK UNIFORM & CAREER APPAREL GROUP, INC., A California corporation; ARAMARK UNIFORM & CAREER APPAREL, INC., a California corporation; ARAMARK UNIFORM SERVICES, INC., a California corporation; ARAMARK UNIFORM & CAREER APPAREL, LLC, a California limited liability corporation; and DOES 1-20, inclusive,<br><br>    Defendants. | Case No.: 13-CV-00936-YGR<br><br>CLASS AND REPRESENTATIVE ACTION<br><br>[PROPOSED] ORDER (1) PRELIMINARILY APPROVING CLASS ACTION SETTLEMENT; (2) CONDITIONALLY CERTIFYING THE PROPOSED SETTLEMENT CLASS; (3) APPOINTING PLAINTIFF AND HER COUNSEL AS CLASS REPRESENTATIVE AND CLASS COUNSEL; (4) APPROVING AND DIRECTING THE MAILING OF SETTLEMENT NOTICE; AND (5) SCHEDULING A FAIRNESS HEARING **[MODIFIED BY THE COURT]**<br><br>Date:    June 11, 2013<br>Time:    2:00 p.m.<br>Courtroom No.: 5<br>Before:  Hon. Yvonne Gonzalez Rogers<br><br>Trial Date:    None Set |

The unopposed Motion for Preliminary Approval of Class Action Settlement, filed by Plaintiff Morazan came on for hearing regularly in Courtroom 5 of the above captioned court, the Honorable Yvonne Gonzalez Rogers presiding. All parties appeared by counsel of record. Defendants ARAMARK UNIFORM & CAREER APPAREL GROUP, INC., ARAMARK UNIFORM & CAREER APPAREL, INC.; ARAMARK UNIFORM SERVICES, INC., ARAMARK UNIFORM & CAREER APPAREL, LLC, ("Aramark" or "Defendants") does not oppose the motion.

Having fully received and considered the Plaintiff's Notice of Motion, supporting Memorandum of Points and Authorities, Declaration of Laura L. Ho, the Joint Stipulation of Settlement ("Joint Stipulation" or "Settlement Agreement"), the proposed Class Notice and Claim Form, and the arguments of counsel presented to the Court at the hearing of this motion, and with GOOD CAUSE APPEARING, the Court hereby rules as follows:

1.  The Court GRANTS the parties' request for Preliminary Approval of Class Action Settlement.

2.  The Court further GRANTS the parties' request for certification of the following Rule 23 Settlement Class for the sole and limited purpose of implementing the terms of the Settlement Agreement, subject to this Court's final approval:

> All current and former employees of Defendants ARAMARK UNIFORM & CAREER APPAREL GROUP, INC., ARAMARK UNIFORM & CAREER APPAREL, INC.; ARAMARK UNIFORM SERVICES, INC., ARAMARK UNIFORM & CAREER APPAREL, LLC, who were not classified as salaried, exempt employees and who work or worked for any of Defendants or their predecessors, assigns and/or related companies at locations in California at any time from October 24, 2008 through the Preliminary Approval Date ("Class Period"). The Class includes, but is not limited to, persons employed in the following position categories and/or job titles: production workers (including but not limited to washers, extractor/puller-loader/heavy tumbler, utility, operators, feeder/folder/stacker/towel folder/spreader, truck loader/wet sorter/roller towel winder, and other production employees), machinists, mechanics, engineers, clerical/office staff, maintenance employees, Route Sales Representatives ("RSRs"), shuttle drivers, and relief drivers.

The Court recognizes that certification under this Order is for settlement purposes only, and shall not constitute or be construed as an admission by Defendants that this action is appropriate for class treatment for litigation purposes. Entry of this Order is without prejudice to the rights of Defendants to oppose certification of a class in this action should the proposed settlement not be granted final approval.

3. The Court APPOINTS Plaintiff's Counsel, Goldstein Borgen Dardarian & Ho and Sohn Legal Group as Lead Counsel and Class Counsel, and Plaintiff Martha Morazan as Class Representative.

4. <u>The Court preliminarily APPROVES the form and content of the Joint Stipulation of Settlement, attached to the Declaration of Laura L. Ho in Support of Plaintiff's Motion for Preliminary Approval of Class Action Settlement as Exhibit A (Dkt. No. 26-1). The Court APPROVES the form and content of the Revised Class Notice filed on June 12, 2013 (Dkt. No. 35-1) *as modified by the Court* and attached to this Order as Exhibit 1. The Court further APPROVES the form and content of the Claim Form attached as Exhibit B to the original Proposed Order filed on May 7, 2013 (Dkt. No. 29-1). The parties are permitted to make non-substantive changes to the proposed Class Notice and Claim Form that are consistent with the terms of the Joint Stipulation and this Order. However, the parties may not remove modifications made by the Court.</u>

5. The Court further APPROVES the selection of Garden City Group as the Claims Administrator, and the payment of reasonable administration costs, up to a maximum of $30,000 to be paid from the Maximum Settlement Amount. The Claims Administrator shall take all other actions in furtherance of obtaining correct mail address information for Settlement Class Members and giving of notice, determination of Settlement Class Member payment amounts, receiving and processing Class Member challenges, opt-outs, and objections, and other claims administration functions, as are specified in the Joint Stipulation of Settlement.

6. Accordingly, GOOD CAUSE APPEARING, the Court hereby APPROVES the proposed Class Notice and adopts the following dates and deadlines:

| **Deadline** | **Action** |
| --- | --- |
| Twenty (20) calendar days after the Court issues the Preliminary Approval Order | Defendants shall provide to the Claims Administrator in electronic form, a list of each Class Member, including each person's name, last known address, social security number, employment status (current or former) and number of Eligible Workweeks ("Database"). |
| Within thirty (30) calendar days of the Preliminary Approval Date | Claims Administrator will send via United States first class mail the Notice of Settlement and Claim Form to the Class Members. |

| **Deadline** | **Action** |
|---|---|
| Within ten (10) calendar days from return date of undeliverable Settlement Documents | Claims Administrator shall re-mail the Settlement Documents. The Claims Administrator shall send the Notice of Settlement and Claim Form to up to three (3) alternative addresses. |
| Twenty (20) calendar days following Claims Administrator's mailing of the notice of deficiency | Deadline for a Class Member to cure a timely post-marked but incomplete or otherwise deficient Claim Form. |
| Beginning fourteen (14) calendar days after the date on which the Settlement Documents are mailed | Claims Administrator shall provide to Class Counsel and counsel for Defendants a weekly status report. |
| Twenty-five (25) calendar days after the Claims Administrator mails the Notice of Settlement | Claim's Administrator shall run a "skip-trace" of the Class Members listed as former employees in the Database who have not, at that point, returned a Claim Form or otherwise contacted the Claims Administrator. |
| At least twenty-one (21) days prior to the Opt Out deadline | Class Counsel shall file a motion seeking approval of attorneys' fees and costs and the proposed Service Payment to the Class Representative. |
| Forty-five (45) calendar days from the date of mailing the Settlement Documents | Opt-Out Request Deadline. Class Members must timely submit a signed and dated written request to be excluded from the Settlement to the Claims Administrator. Must be postmarked on or before deadline. |
| Forty-five (45) calendar days from the date of mailing the Settlement Documents | Deadline to file a written objection and a notice of intention to appear at the Final Approval Hearing. |
| Within sixty (60) calendar days from the date of mailing the Settlement Documents | Claims Period Deadline. Class Member must submit to the Claims Administrator a postmarked, executed Claim Form. |

7.  Pursuant to Federal Rule of Civil Procedure 23(e)(5), members of the Settlement Class may object to the terms of the settlement. Settlement Class Members who object to the proposed Settlement may appear and present such objections at the Final Approval Hearing in person or by counsel, provided that any objecting Settlement Class Member submit a written statement containing

the basis of that person's objections, together with a notice of the intention to appear, if appropriate, which must be sent to the Claims Administrator and postmarked no later than forty-five (45) calendar days from the date on which the Notices are first sent out by the Claims Administrator. No person shall be heard at the Final Approval Hearing, and no briefs or papers shall be received or considered, unless the foregoing documents have been filed and served as provided in this Order, except as this Court may permit for good cause shown. Settlement Class Members shall be permitted to withdraw their objections in writing by submitting a withdrawal statement to the Settlement Administrator not later than three (3) business days prior to the Court's final approval hearing.

8. Class Counsel shall file a motion for approval of reasonable attorneys' fees, costs, and litigation expenses and a motion for approval of service award for Plaintiff Morazan no later than twenty-one (21) calendar days before the end of the time within which Settlement Class Members may object to or opt out of the settlement.

9. Counsel shall return before this Court for a Final Approval Hearing, at which the Court shall finally determine whether the settlement is fair, reasonable, and adequate, on November 12, 2013, at 2:00 p.m. in Courtroom 5 of this Court.

10. Class Counsel shall file a motion for final approval of settlement no later than <u>thirty (30) days</u> before the Final Approval Hearing. <u>Any supporting declarations and exhibits must be filed with the motion for final approval.</u>

This Order terminates Dkt. No. 29.

Dated: June 25, 2013

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE