ANNE MARIE ESTEVEZ, FLA SBN 991694
(*ADMITTED PRO HAC VICE*)
MORGAN LEWIS & BOCKIUS, LLP
200 South Biscayne Boulevard, Suite 5300
Miami, Florida 33131-2339
Telephone: (305) 415.3330
Facsimile:  (877) 342.9652
aestevez@morganlewis.com

ERIC MECKLEY, SBN 168181
KATHRYN M. NAZARIAN, SBN 259392
MORGAN, LEWIS & BOCKIUS, LLP
One Market, Spear Street Tower
San Francisco, California  94105-1126
Telephone:    415.442.1000
Facsimile:    415.442.1001
emeckley@morganlewis.com
knazarian@morganlewis.com

Attorneys for Defendants
ARAMARK UNIFORM & CAREER APPAREL, LLC
(erroneously sued as ARAMARK UNIFORM &
CAREER APPAREL GROUP, INC., ARAMARK
UNIFORM & CAREER APPAREL, INC., and
ARAMARK UNIFORM SERVICES, INC.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MORAZAN, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ARAMARK UNIFORM & CAREER APPAREL GROUP, INC., a California corporation; ARAMARK UNIFORM & CAREER APPAREL, INC., a California corporation; ARAMARK UNIFORM SERVICES, INC., a California corporation; ARAMARK UNIFORM & CAREER APPAREL, LLC, a California limited liability corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 13-CV-00936-YGR<br><br>[PROPOSED] **ORDER DENYING MOTION TO SHORTEN TIME FOR HEARING THE MOTION TO INTERVENE OR IN THE ALTERNATIVE ADMINISTRATIVE RELIEF TEMPORARILY STAYING MORAZAN MATTER UNTIL THE MOTION TO INTERVENE HAS BEEN HEARD**<br><br>Date: N.A.<br>Time: N.A.<br>Dept.: Courtroom 5<br>Judge: Hon. Yvonne Gonzalez Rogers |

[PROPOSED] ORDER DENYING MOTION
TO SHORTEN TIME FOR HEARING
MOTION TO INTERVENE
Case No. 13-CV-00936-YGR

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

## ORDER

The Court has considered Movants Mitch Marincovich and Ryan Compton's ("Movants") Motion to Shorten Time for Hearing the Motion to Intervene or in the Alternative Administrative Relief Temporarily Staying Morazan Matter until the Motion to Intervene has Been Heard (Dkt. No. 38) and the briefing in opposition thereto (Dkt. No. 44), and good cause appearing therefore, the Motion to Shorten Time is hereby **DENIED**.

The briefing on the Motion to Intervene shall proceed pursuant to the Civil Local Rules, and the hearing remains on calendar as previously noticed on August 13, 2013.

This Order terminates Dkt. No. 38.

**IT IS SO ORDERED**.

Dated: July 15, 2013

_____
Honorable Yvonne Gonzalez Rogers
United States District Judge

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[PROPOSED] ORDER DENYING MOTION
TO SHORTEN TIME FOR HEARING
MOTION TO INTERVENE
Case No. 13-CV-00936-YGR