UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA MORAZAN, individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARAMARK UNIFORM & CAREER APPAREL GROUP, INC., et al.<br><br>    Defendants. | Case No.: 13-cv-00936-YGR<br><br>**ORDER DENYING OBJECTORS' REQUEST FOR PERMISSION TO FILE A MOTION FOR RECONSIDERATION ON THE COURT'S DENIAL OF THEIR MOTION TO INTERVENE** |

Mitch Marincovich, Ryan Compton, Earnest Harrison, and Vincent Nava ("Objectors") have filed an Opposition and Response to Plaintiff Martha Morazan's Motion for Final Approval of Settlement; and Objection to Response to Objection ("Opposition").  (Dkt. No. 77.)

In the Opposition, Objectors request that the Court grant leave to file a motion for reconsideration based on this Court's denial of that motion.  Civ. L.R. 7-9(b) requires that the moving party specifically identify that "a material difference in fact or law exists from that which was presented to the Court" previously, the emergence of new material facts or a change of law occurring after the previous order, or a manifest failure by the Court to consider material facts or dispositive legal arguments previously presented to the Court.  Objectors have failed to make this required showing.  Accordingly, Objectors' request is **DENIED**.

**IT IS SO ORDERED.**

Dated: November 5, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**